PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-po-00145-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BENCH TRIAL |
| v. | DATE: April 17, 2017 |
| ROBERT BLANCHARD, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Kendall J. Newman |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Bench Trial on April 17, 2017;

2. By this stipulation, the parties agree that they need additional time to conduct further investigation, provide additional discovery, and review discovery in this matter; and

3. Therefore, the parties now jointly move to continue the Bench Trial to June 5, 2017, at 9:00 a.m.

///
///
///
///

STIPULATION RE: CONT. BENCH TRIAL

1

IT IS SO STIPULATED.

Dated:  April 10, 2017　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ ROBERT J. ARTUZ
　　　　　　　　　　　　　　　　　　　　　ROBERT J. ARTUZ
　　　　　　　　　　　　　　　　　　　　　Special Assistant U. S. Attorney


Dated:  April 10, 2017　　　　　　　　　　　/s/ MICHAEL PETRIN
　　　　　　　　　　　　　　　　　　　　　MICHAEL PETRIN
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　ROBERT BLANCHARD


　　　　　　　　　　　　　　　　　　　　　(Approved via email)


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 12th day of April, 2017.


　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE